# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 2, 2020

**MEMO ENDORSED**

BY ECF and HAND

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Granted.
*[signature]* Denise Cote
1/2/20

RE: **United States v. Carlos Miranda**
    01 CR 397 (DLC)

Dear Judge Cote:

I write, on behalf of Mr. Miranda, to request that his presence be waived at the court hearing which is currently scheduled for January 10, 2020. I have advised Mr. Miranda of his right to be present at re-sentencing and he does not wish to be present. The process of transfer between facilities is a difficult experience that Mr. Miranda wishes to avoid. The Government has no objection to the waiver of Mr. Miranda's presence on January 10, 2020.

Respectfully submitted,

*[signature]*

Jennifer L. Brown, Esq.
Attorney for **Carlos Miranda**
Tel: (212) 417-8722

Cc: AUSA Sarah Mortazavi
    Carlos Miranda, Reg # 49584-083